DECEMBER 1, 1975

No. 75–172.  OHIO v. TYMCIO.  Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied, it appearing that the judgment below rests on adequate state grounds.

No. 75–366.  AGOST ET AL. v. IDAHO ET AL.  Appeal from Sup. Ct. Idaho dismissed for want of substantial federal question.

No. 75–378.  MALDINI ET AL. v. AMBRO, SUPERVISOR OF TOWN OF HUNTINGTON, ET AL.  Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–5519.  DESA v. MICHIGAN.  Appeal from Cir. Ct. Mich., Macomb County, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–219.  PERINI, CORRECTIONAL SUPERINTENDENT v. DOWNEY.  Appeal from C. A. 6th Cir.  Motion of appellee for leave to proceed in forma pauperis granted. Judgment vacated and case remanded for reconsideration in light of enactment of Ohio Rev. Code Ann. § 2925.03, by Amended Substitute House Bill No. 300, File No. 105, §§ 1, 3, effective Nov. 21, 1975.  See Page's Ohio Revised Code, 1975 Legis. Bull. No. 4, p. 261.